No. 11–5600. ATKINSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–5601. ALCANTAR-CHAGOLLA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–5602. MCKNIGHT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5603. NEAL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–5608. LANZON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–5610. JONES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5612. MCCALL *v.* PALMER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–5614. ZAVALA-LOPEZ *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5617. TONEY *v.* BLEDSOE, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–5619. WIIG *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA. C. A. 8th Cir. Certiorari denied.

No. 11–5622. LEWIS *v.* MEKO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–5623. JEAN-PIERRE *v.* GUBBIOTTI. C. A. 3d Cir. Certiorari denied.

No. 11–5625. BOWDEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–5626. BROWN *v.* PIERCE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 11–5629. POWELL *v.* HOLLAND, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–5630. WHERRY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.